IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| JAMES R. BRAME, SR. | : |
| | : |
| DEBTOR | : BKY. NO. 04-17327SR |

## CERTIFICATE OF SERVICE

I, Edward J. DiDonato, Esquire, hereby certify that I caused service of the Notice of Debtor's Application to Employ Special Counsel upon all parties in interest in accordance with Local Rule 2014.

        DiDONATO & WINTERHALTER, P.C.

        /s/ Edward J. DiDonato
        EDWARD J. DiDONATO
        1818 Market Street - Suite 3520
        Philadelphia, PA 19103
        Tel: 215-564-4606
        Fax: 215-564-5597
        Counsel to Debtor